Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

75,804-03

September 9, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

RE: Guzman Bartholomew Antonio
CCA No. WR-75,864-03
Trial Court Case No. 1053411-A

Dear Clerk:

I am writing in regards of the above case. Could you PLEASE send me a copy of the CASE EVENTS?

Thank you kindly for your assistance and time in this most urgent matter.

Enclose you will find a self stamped envelope for your convenience.

Sincerely,
Bartholomew A Guzman
#1399983
Wynne Unit
810 FM 2821
Huntsville, Texas 77349

CC: Appeal file -